AO-91 (Rev. 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAR 2 8 2010

Clerk of Court

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Jenny Beatris PARADA-Ponce
YOB: 1983
Citizenship: El Salvador

**CRIMINAL COMPLAINT**

Case Number: M-10-1303-M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __March 26, 2010__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

knowing or in reckless disregard of the fact that D.L.C.V., B.Y.C.V., and C.M.V.M, citizens and nationals Honduras, who had entered the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection said aliens in any place, including any building in furtherance of such violation of law within the United States and being then and there an alien who had previously been removed from the United States to El Salvador in pursuance of law, and thereafter was found near Palmview, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States:

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), 1326(a)__.

I further state that I am a(n) __Special Agent, ICE, OI__ And that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Anson A. Luna, Special Agent, ICE
Name and Official Title of Complainant

Sworn to before me and signed in my presence,

__March 28, 2010__ at __McAllen, Texas__
Date / City and State

Dorina Ramos U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

for their whereabouts at all times.

On March 26, 2010, ICE ASAC MC received information that "Barney" was currently working at a bar identified as "Paco's Place" in Palmview, Texas.  She had previously been identified in a picture.  ICE Special Agents made contact with "Barney" at the bar that night and took her into custody, along with the assistance of the Hidalgo Country Sheriff's Office.  At the scene "Barney" identified herself as Amanda, a national of El Salvador who was in the US illegally.  The bartender at "Paco's Place" stated that "Barney" was her nickname.

"Barney" was then transported to the ICE ASAC MC office for processing and questioning.  "Barney" stated that her true name was Jenny Beatris PARADA-Ponce and that she had been deported from the state of Arizona, but did not recall when.  PARADA-Ponce stated that she was not a criminal and that the only mistake she ever made was accepting those girls into her house.

Records checks of her fingerprints revealed PARADA-Ponce was Ordered Removed by the US Border Patrol on June 9, 2009, and assigned alien registration number A087 523 135.  On June 24, 2009, PARADA-Ponce was removed from the United States to El Salvador at the Chandler, Arizona Williams Gateway Airport.  Prior to the original order of removal, PARADA-Ponce was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

PARADA-Ponce was read her Miranda Rights in Spanish by ICE Special Agent Anson Luna and witnessed by ICE Special Agent Carlos Martinez.  PARADA-Ponce stated that she understood her rights and elected to have an attorney present before answering any questions.