UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. M-10-134-S1-5 |
| | § | |
| JENNY BEATRIS PARADA-PONCE | § | |

### SCHEDULING ORDER

In the above-captioned cause, you were arraigned on April 1, 2010.

The following dates are pertinent to your case:

    Final Pretrial: **APRIL 30, 2010, at 9:30 AM** b/f Judge Randy Crane.

    Jury Selection: **MAY 4, 2010 at 9:30 AM**

    Deadline for Motions: **APRIL 7, 2010**

    Government's Response: **APRIL 23, 2010**

    Deadline for Motions for Continuance: **APRIL 16, 2010**

You and your attorney must be personally present in the District Courtroom, Bentsen Tower, 1701 W. Bus. Highway 83, McAllen, Texas, on the date set for Final Pretrial. Failure to appear may result in additional charges being brought against you. A trial date will be set at the time of Jury Selection. Take notice that your case could be set for any day after Jury Selection.

Each motion filed in your behalf must be filed with a certificate that your attorney consulted with the Assistant United States Attorney in charge of your case in an attempt to obtain the relief requested by the motion filed but that no resolution was reached. Each motion must be also accompanied by a brief of authorities in support of the motion, which brief will state sufficient facts to advise the Court of the basis for the motion.

DONE at McAllen, Texas on April 1, 2010.

                                                            _____
                                                            Dorina Ramos
                                                            United States Magistrate Judge